JOHN CONNELLY

v.

JAMES ABBOTT, J.P.D.D.

1812

### JOURNAL ENTRIES

1. Order for mandamus . . . . . . . . *Journal, infra,* \*p. 405
2. Return filed . . . . . . . . . . . . . . " 411

### PAPERS IN FILE

[None]

JAMES MAY

v.

DANIEL STEVENS

1812

### JOURNAL ENTRIES

1. Bill filed; appearance; rule to plead . . . . *Journal, infra,* \*p. 409

### PAPERS IN FILE

1. Bill of complaint . . . . . . . . . . . *Printed in Vol. 2*